THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* L. C. BENSON, Defendant-Appellant.

(No. 53679;

First District—March 15, 1971.

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (Mary Cahill, Shelvin Singer, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Terence J. Mahoney, Assistant State's Attorneys, of counsel,) for the People.

KATHLEEN MOSES, Plaintiff-Appellant, *v.* ARTHUR MOSES, Defendant-Appellee.

(No. 53682;

First District—April 16, 1971.